UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 7:21-CR-11-REW-EBA-4 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JAYSHAWN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

After conducting Rule 11 proceedings, *see* DE 113 (Rearraignment Minute Entry), Magistrate Judge Atkins recommended that the undersigned accept Defendant Jayshawn Robinson's guilty plea and adjudge him guilty of Count One of the DE 1 Indictment. *See* DE 116 at 2 (Recommended Disposition); *see also* DE 115 at 1 (Plea Agreement) (indicating Robinson will plead guilty to Count One of the Indictment and the Government will move at sentencing to dismiss the Superseding Indictment). Judge Atkins expressly informed Defendant of his right to object to the Recommended Disposition to secure *de novo* review. *See* DE 116 at 2-3. The established, three-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate[ judge]'s factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (noting that the Sixth Circuit has "long held that, when a defendant does 'not raise an argument in his objections to the magistrate[ judge]'s report and recommendation . . . he has forfeited his right to raise this issue on appeal.'") (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996) (quote brackets simplified)); *United States v. Olano*, 133 S. Ct. 1770, 1777 (1993) (distinguishing waiver

1

and forfeiture); Fed. R. Crim. P. 59(b)(2)-(3) (limiting de novo review duty to "any objection" filed); 28 U.S.C. § 636(b)(1) (limiting de novo review duty to "those portions" of the recommendation "to which objection is made").

The Court thus, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 116, **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of Count One of the Indictment (DE 1);

2. The Court **CANCELS** the jury trial in this matter as to this defendant only; and

3. The Court will issue a separate sentencing order.[1]

This the 28th day of March, 2022.

Signed By:
Robert E. Wier
United States District Judge

---

[1] Upon concluding the hearing, Judge Atkins remanded Robinson to the United States Marshal pending sentencing. *See* DE 113 (Rearraignment Minute Entry). The Court, thus, sees no need to further address detention at this time; Robinson shall remain detained pending sentencing.