UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

**CRIMINAL ACTION NO. 21-CR-11**

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**v.**

**JAYSHAWN ROBINSON**             **DEFENDANT**

### NOTICE OF FILING

Comes the Defendant, , by and through the Undersigned counsel and gives Notice of Filing.

Respectfully Submitted,

/s/Steve Owens_____
STEVE OWENS
ATTORNEY FOR
STEVIE AKERS
P.O. BOX 1426
PIKEVILLE, KY  41502

### CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion was electronically mailed to all appropriate parties.

/s/ Steve Owens_____
STEVE OWENS